IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEI'OSHA HAND and ANNA BOWERS )
Personal Representatives of the Estate of )
Clayton Harris, Jr., )
                                          )
        **Plaintiffs,**       )
                                          )
   v.                           )    CAUSE NO. 03-CV-390-WDS
                                          )
**VILLAGE OF BROOKLYN, ILLINOIS,** )
**et al.,**                            )
                                          )
        **Defendants.**      )

## O R D E R

**STIEHL, District Judge:**

Before the Court is defendants Village of Brooklyn and Chief Harold Wilson's motion to enlarge the page limit for their reply in support of their motion for summary judgment. The Court notes that defendants filed their reply the same day as the motion, without waiting for the Court to grant them leave, and accordingly, the Court **ORDERS STRICKEN** their "Reply Suggestions in Support of their Motion for Summary Judgment" (Doc. 135).

In their motion, the defendants state that they must exceed the five-page limitation and instead file a 19-page reply because, *inter alia*, plaintiff, through her response to the motion for summary judgment, "essentially adds an entirely new count - negligence for the condition of Brooklyn's squad car. This was not addressed ... in their Suggestions in Support of their Motion for Summary Judgment because it was not pled by plaintiff."

In order to clarify the record, the only counts of the complaint that remain pending are Counts I through IV. Count V was dismissed by the Court on November 30, 2004 (see, Doc. 57), and Counts VI, VII and VIII against the City of Venice were dismissed on March 17, 2005 (see, Doc. 105). Plaintiff's motion to amend the complaint to add a new claim of negligence was denied on March 4, 2005 (see, Doc. 101), and despite plaintiff's statement in their response to the motion for summary judgment that plaintiff would again attempt to "request this Court to grant her leave to [add a negligence count against the Village of Brooklyn and Chief Harold

Wilson] by a separate motion," plaintiff never filed such a motion. Any attempt by plaintiff to amend the complaint at this time would be untimely.

Accordingly, the Court **GRANTS** defendants' motion to enlarge the page limit for their reply, however, defendants shall limit their reply to ten pages. The reply shall be filed no later than June 6, 2005.

 IT IS SO ORDERED.

DATED: May 27, 2005

                                       **s/ WILLIAM D. STIEHL**
                                           **DISTRICT JUDGE**